```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 09503
   KIMBERLY A HAWTHORNE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-7215

-------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 05/25/2007 and was not confirmed.

      The case was dismissed without confirmation 08/01/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
-------------------------------------------------------------------------------
AMERICASH LOANS LLC        UNSECURED        1103.29         .00           .00
BALLYS TOTAL FITNESS       UNSECURED       NOT FILED        .00           .00
BEST SOURCE C U            UNSECURED       NOT FILED        .00           .00
CBE GROUP                  UNSECURED       NOT FILED        .00           .00
COLLECTION COMPANY OF AM   UNSECURED       NOT FILED        .00           .00
COLLECTION EXPRESS  INC    UNSECURED       NOT FILED        .00           .00
CREDITORS ALLIANCE  INC    UNSECURED       NOT FILED        .00           .00
CREDITORS ALLIANCE  INC    UNSECURED       NOT FILED        .00           .00
ER SOLUTIONS               UNSECURED       NOT FILED        .00           .00
LINEBARGER GOGGAN BLAIR    UNSECURED       NOT FILED        .00           .00
OSI RECOVERY SERVICES      UNSECURED       NOT FILED        .00           .00
PEOPLES GAS & LIGHT        UNSECURED         720.31         .00           .00
PEOPLES GAS & LIGHT        UNSECURED       NOT FILED        .00           .00
NATIONAL PAYMENT CENTER    FILED LATE          .00          .00           .00
US DEPT OF EDUCATION       UNSECURED       NOT FILED        .00           .00
CELESTIAL KOLHEIM SMITH    NOTICE ONLY    NOT FILED         .00           .00
BURNHAM PARK ANIMAL HOSP   UNSECURED         452.90         .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    3,084.00                        .00
TOM VAUGHN                 TRUSTEE                                        .00
DEBTOR REFUND              REFUND                                         .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         ---------------      ---------------
TOTALS                      .00                     .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09503 KIMBERLY A HAWTHORNE
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/03/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE